UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| VetBridge Product Development Subsidiary I (NM-OMP), LLC,<br><br>         Plaintiff,<br><br>v.<br><br>NewMarket Pharmaceuticals, LLC,<br><br>         Defendant. | Case No. 5:18-cv-06147-BCW<br><br>JURY DEMAND |

### DEFENDANT NEWMARKET PHARMACEUTICALS, LLC'S
### MOTION TO TRANSFER TO THE DISTRICT OF NEW JERSEY

COMES NOW Defendant NewMarket Pharmaceuticals, LLC, by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1391(b) and 1404(a), and respectfully moves this Court for an order transferring this action to the United States District Court for the District of New Jersey. Suggestions in support of this motion are filed concurrently herewith and are incorporated by reference herein.

Dated:  October 12, 2018

                   Respectfully submitted,

                   STINSON LEONARD STREET LLP

                   */s/ Brett A. Shanks*
                   Brett A. Shanks, MO #67749
                   1201 Walnut Street, Suite 2900
                   Kansas City, MO 64105
                   Telephone: 816-691-2736
                   Facsimile: 816-412-8123
                   Email: brett.shanks@stinson.com

CADWALADER, WICKERSHAM & TAFT LLP

*/s/ Robert M. Pollaro*
Robert M. Pollaro, *admitted pro hac vice*
200 Liberty Street
New York, NY 10281
Telephone: 212-504-6484
Facsimile: 212-504-6666
Email: robert.pollaro@cwt.com


ATTORNEYS FOR DEFENDANT
NEWMARKET PHARMACEUTICALS, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2018, the above pleading was filed with the Court via the CM/ECF system, and served on the following via electronic mail:

>Greer S. Lang
>Brian W. Fields
>LATHROP & GAGE LLP
>2345 Grand Boulevard, Suite 2200
>Kansas City, MO 64108-2618
>Telephone: 816-292-2000
>Facsimile: 816-292-2001
>Email: glang@lathropgage.com
>       bfields@lathropgage.com
>
>Attorneys for Plaintiff
>VetBridge Product Development Subsidiary I (NM-OMP), LLC

*/s/ Brett A. Shanks*
Brett A. Shanks

Attorney for Defendant
Newmarket Pharmaceuticals, LLC