UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| VetBridge Product Development Subsidiary I (NM-OMP), LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:18-cv-06147-BCW |
| vs. | ) ) ) | CASE BELOW: Circuit Court of Buchanan County |
| NewMarket Pharmaceuticals, LLC, | ) ) | Case No. 18BU-CV03640 |
| Defendant. | ) | JURY DEMAND |

## AMENDED NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant NewMarket Pharmaceuticals, LLC ("NewMarket"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files this Amended Notice of Removal of the above-captioned action from the Circuit Court of Buchanan County, Missouri, to the United States District Court for the Western District of Missouri, St. Joseph Division. In support of this Amended Notice of Removal, NewMarket states as follows:

1. On or about August 29, 2018, Plaintiff VetBridge Product Development Subsidiary I (NM-OMP), LLC filed its Verified Petition for Damages, Specific Performance & Injunctive Relief (the "Petition") in the matter entitled *VetBridge Product Development Subsidiary I (NM-OMP), LLC v. NewMarket Pharmaceuticals, LLC*, Case No. 18BU-CV03640, in the Circuit Court of Buchanan County, Missouri.

2. NewMarket, to the extent service was sufficient, was served with the Petition and Summons on September 7, 2018.[1] NewMarket's initial Notice of Removal was filed on October

---

[1] As required by 28 U.S.C. § 1446(a), file-stamped copies of all process, pleadings, orders and other papers or exhibits served on NewMarket were attached to the original Notice of Removal. (Doc. 1-1.)

5, 2018, and was thus timely filed pursuant to 28 U.S.C. § 1446(b). (Doc. 1.) *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999) (holding that the thirty-day deadline for removal "is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, 'through service or otherwise,' after and apart from service of the summons, but not by mere receipt of the complaint unattended by any formal service").

3. NewMarket is the sole Defendant in this action, and consents to removal pursuant to 28 U.S.C. § 1446(b)(2)(A).

4. Venue of this removal is proper under 28 U.S.C. § 1441(a) because the Circuit Court of Buchanan County, Missouri is located within the Western District of Missouri.

5. This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and which may be removed pursuant to 28 U.S.C. § 1441.

6. Diversity jurisdiction exists under 28 U.S.C. § 1332(a) where the amount in controversy exceeds $75,000 and there is complete diversity between Plaintiff and Defendant. Here, both requirements are satisfied.

7. To satisfy the amount in controversy requirement, "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy." 28 U.S.C. § 1446(c)(2).

8. By way of its Petition, Plaintiff asserts two breach of contract claims and seeks from NewMarket, amongst other things, actual damages that allegedly exceed $81,000,000.00.

9. Accordingly, Plaintiff's Petition plainly satisfies the amount in controversy requirement because it explicitly demands damages in an amount exceeding $75,000.

10. Plaintiff VetBridge Product Development Subsidiary I (NM-OMP), LLC has affirmatively pled that it is a Missouri limited liability company with its principal place of business in Missouri. (Doc. 1-1 at Petition ¶ 1.)

11. Upon information and belief, VetBridge members are AHII/Paterson Veterinary Supply Inc. (with its corporate headquarters in Mendola Heights, Minnesota), MWI Veterinary Supply (with its corporate headquarters in Boise, Idaho), MidWest Veterinary Supply (with its corporate headquarters in Lakeville, Minnesota), Clipper Distributing (with its corporate headquarters in Saint Joseph, Missouri) and Victor Medical Co. (with its corporate headquarters in Lake Forest, California).

12. NewMarket is a limited liability company with four individual members that reside in New Jersey and Florida, but not Missouri, Minnesota, Idaho or California. NewMarket is therefore a citizen of New Jersey and Florida for diversity jurisdiction purposes.

13. Because there is complete diversity of citizenship between Plaintiff, a citizen of Missouri, Minnesota, Idaho or California and Defendant, a citizen of Florida and New Jersey, and the amount in controversy exceeds $75,000, removal is proper pursuant to 28 U.S.C. § 1332(a).

14. In accordance with 28 U.S.C. § 1446(d), NewMarket's amended written notice of the removal of this action will be promptly served upon Plaintiff's counsel, and a Notice of Filing of the Notice of Removal was previously filed with the Clerk of the Circuit Court of Buchanan County, Missouri.

WHEREFORE, Defendant NewMarket Pharmaceuticals, LLC hereby removes this action from the Circuit Court of Buchanan County, Missouri, to this Court.

Dated: October 15, 2018

CORE/3508734.0002/147395989.1

Respectfully submitted,

CADWALADER, WICKERSHAM & TAFT LLP

*/s/ Robert M. Pollaro*
Robert M. Pollaro, *admitted pro hac vice*
200 Liberty Street
New York, NY  10281
Telephone: 212-504-6484
Facsimile: 212-504-6666
Email: robert.pollaro@cwt.com

STINSON LEONARD STREET LLP

*/s/ Brett A. Shanks*
Brett A. Shanks, MO #67749
1201 Walnut Street, Suite 2900
Kansas City, MO  64105
Telephone: 816-691-2736
Facsimile: 816-412-8123
Email: brett.shanks@stinson.com

ATTORNEYS FOR DEFENDANT
NEWMARKET PHARMACEUTICALS, LLC

4

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2018, the above pleading was filed with the Court via the CM/ECF system, and served on the following via electronic mail:

>Greer S. Lang
>Brian W. Fields
>LATHROP & GAGE LLP
>2345 Grand Boulevard, Suite 2200
>Kansas City, MO 64108-2618
>Telephone: 816-292-2000
>Facsimile: 816-292-2001
>Email: glang@lathropgage.com
>　　　　bfields@lathropgage.com
>
>Attorneys for Plaintiff
>VetBridge Product Development Subsidiary I (NM-OMP), LLC

*/s/ Brett A. Shanks*
Brett A. Shanks

Attorney for Defendant
NewMarket Pharmaceuticals, LLC