# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| VetBridge Product Development Subsidiary I (NM-OMP), LLC, | )<br>)<br>) |
| Plaintiff, | ) Case No. 5:18-CV-06147-BCW<br>) |
| vs. | )<br>) |
| NewMarket Pharmaceuticals, LLC, | )<br>) |
| Defendant. | )<br>) |

## PLAINTIFF'S MOTION TO SCHEDULE A HEARING ON ITS MOTION FOR A PRELIMINARY INJUNCTION AND TO EXTEND THE AMENDED TEMPORARY RESTRAINING ORDER

COMES NOW Plaintiff VetBridge Product Development Subsidiary I (NM-OMP), LLC ("VetBridge" or "Plaintiff"), by and through counsel, and pursuant to 28 U.S.C. § 1450 and Fed. R. Civ. P. 65(a), moves the Court for an order setting VetBridge's motion for a preliminary injunction, as set forth in its Verified Petition for Damages, Specific Performance & Injunctive Relief ("Verified Petition") against Defendant NewMarket Pharmaceuticals, LLC ("NewMarket"), for a hearing on November 5, 2018, at 9:30 a.m., as provided for in the Amended Temporary Restraining Order ("Amended TRO") stipulated and agreed to by NewMarket and entered by the Circuit Court of Buchanan County, Missouri, or as soon thereafter as the parties may be heard, and to extend the Amended TRO until the Court rules on VetBridge's motion for a preliminary injunction.

In support of this motion, VetBridge submits its Supporting Suggestions, which are being filed concurrently herewith.

WHEREFORE, Plaintiff VetBridge Product Development Subsidiary I (NM-OMP), LLC respectfully requests that the Court set its motion for a preliminary injunction, as set forth in its Verified Petition, for a hearing on November 5, 2018 at 9:30 a.m., or as soon thereafter as the parties may be heard, and that the Amended TRO, as entered by the Buchanan County Circuit Court and stipulated and agreed to by NewMarket, be extended until such time as VetBridge's motion for a preliminary injunction is ruled upon.

Dated:   October 19, 2018.

Respectfully submitted by,

LATHROP GAGE LLP

BY:   /s/ *Greer S. Lang*
Greer S. Lang          MO #40107
Brian W. Fields       MO #45704
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2618
Phone: 816.292.2000
Fax: 816.292.2001
glang@lathropgage.com
bfields@lathropgage.com

**Attorneys for Plaintiff
VetBridge Product Development
Subsidiary I (NM-OMP), LLC**

# CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2018, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the below-named counsel:

| | |
|---|---|
| Brett A. Shanks, MO #67749 | Robert Pollaro |
| STINSON LEONARD STREET LLP | CADWALADER, WICKERSHAM & TAFT LLP |
| 1201 Walnut Street, Suite 2900 | 200 Liberty Street |
| Kansas City, Missouri, 64105 | New York, NY 10281 |
| Brett.shanks@stinson.com | Robert.Pollaro@cwt.com |

**Attorneys for Defendant**
**NewMarket Pharmaceuticals, LLC**

                                          */s/ Greer S. Lang*
                                   **An Attorney for Plaintiff**