

# Dechra
Pharmaceuticals PLC

Annual Report and Accounts
for the year ended 30 June 2018



**SUSTAINING GROWTH**

Company Number: 3369634

Case 5:18-cv-06147-BCW   Document 13-3   Filed 10/19/18   Page 1 of 2

**Exhibit 3**

# Notes to the Consolidated Financial Statements
continued

## 7. Profit Before Taxation

The following items have been included in arriving at profit before taxation of continuing operations:

|  | 2018 £m | 2017 £m |
|---|---|---|
| Cost of inventories recognised as an expense | 140.4 | 147.7 |
| Impairment of inventories included in above figure | 2.0 | 0.9 |
| Depreciation of property, plant and equipment |  |  |
| — owned assets | 4.8 | 4.9 |
| Amortisation of intangible assets | 56.6 | 42.4 |
| Loss on disposal of property, plant and equipment | — | 0.2 |
| Loss on disposal of intangible assets | — | 0.3 |
| Impairment of intangible assets — underlying | 0.1 | — |
| (Release)/recognition of impairment of receivables | (0.1) | 0.4 |
| Operating lease rentals payable | 2.8 | 3.0 |
| Research and development expenditure as incurred | 18.3 | 15.0 |
| Auditors' remuneration | 1.4 | 0.7 |
| Analysis of total fees paid to the Auditors: |  |  |
| Audit of these financial statements | 0.4 | 0.2 |
| Audit of financial statements of subsidiaries pursuant to legislation | 0.5 | 0.4 |
| Other assurance services - transaction services | 0.5 | 0.1 |
| Total fees paid to Auditors | 1.4 | 0.7 |

Included within research and development expenditure is £0.25 million to secure the worldwide rights for an equine gastro intestinal formulation from NewMarket Pharmaceuticals LLC which we plan to develop to registration through our R&D team.

## 8. Employees

The average numbers of staff employed by the Group during the year, which includes Directors, were:

|  | 2018 Number | 2017 Number |
|---|---|---|
| Manufacturing | 480 | 486 |
| Distribution | 128 | 109 |
| Administration | 829 | 743 |
| Total | 1,437 | 1,338 |

The costs incurred in respect of these employees were:

|  | 2018 £m | 2017 £m |
|---|---|---|
| Wages and salaries | 72.0 | 60.9 |
| Social security costs | 9.2 | 8.0 |
| Other pension costs | 3.7 | 4.4 |
| Share-based payments charge (see note 28) | 3.3 | 2.8 |
| Total | 88.2 | 76.1 |

Related party transactions — the remuneration of key management was as follows:

|  | 2018 £m | 2017 £m |
|---|---|---|
| Short term employee benefits | 5.5 | 5.1 |
| Post-employment benefits | 0.3 | 0.2 |
| Share-based payments charge | 1.6 | 1.7 |
|  | 7.4 | 7.0 |

Key management comprises the Board and the Senior Executive Team.

Details of the remuneration, shareholdings, share options, pension contributions and payments for loss of office of the Executive Directors are included in the Directors' Remuneration Report on pages 83 to 98.

The Group operates a stakeholder personal pension scheme for certain employees and contributed between 4% and 14% of pensionable salaries. The Group also participates in state-run pension arrangements for certain employees in Dechra Veterinary Products SAS and Dechra Veterinary Products BV and operates defined benefit schemes in some countries. Total pension contributions amounted to £3.7 million (2017: £4.4 million). Contributions to defined benefit pension schemes included in the above figures total £0.7 million (2017: £0.7 million).