IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| VetBridge Product Development Subsidiary I (NM-OMP), LLC, <br><br>      Plaintiff, <br><br>vs. <br><br>NewMarket Pharmaceuticals, LLC, <br><br>      Defendant. | Case No. 5:18-CV-06147-BCW |

**PLAINTIFF'S CERTIFICATE OF INTERESTS**

Plaintiff VetBridge Product Development Subsidiary I (NM-OMP), LLC ("VetBridge"), by and through counsel, pursuant to Local Rule 7.1, discloses the following:

1. VetBridge is a Missouri limited liability company, and is a subsidiary of VetBridge Animal Health, LLC ("VetBridge Animal Health"), which is also a Missouri limited liability company.

2. The following affiliates (members) of VetBridge and VetBridge Animal Health are publicly traded companies or are owned by publicly traded companies:

    a. Animal Health International, Inc. (OTCMKTS: AHII) is a member of VetBridge and VetBridge Animal Health and is a publicly traded company;

    b. MWI Veterinary Supply, Inc. (formerly NASDAQ: MVIV) is a member of VetBridge and VetBridge Animal Health, and is a wholly owned subsidiary of AmerisourceBergen (NYSE:ABC), which is a publicly traded company.

3. Except as set forth above, VetBridge has no other parent companies, subsidiaries or affiliates that have issued shares to the public.

Dated: October 24, 2018.				Respectfully submitted by,

						LATHROP GAGE LLP

						BY:   /s/ *Greer S. Lang*
						Greer S. Lang		MO #40107
						Brian W. Fields		MO #45704
						2345 Grand Boulevard, Suite 2200
						Kansas City, Missouri  64108-2618
						Phone: 816.292.2000
						Fax: 816.292.2001
						glang@lathropgage.com
						bfields@lathropgage.com

						**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

	I hereby certify that on October 24, 2018, the undersigned electronically filed a true and correct copy of the above and foregoing with the Clerk of the U.S. District Court for the Western District of Missouri using the CM/ECF system, which will send electronic notice of filing to all counsel of record:

| | |
|---|---|
| Brett A. Shanks | Robert M. Pollaro(*admitted pro hac vice*) |
| STINSON LEONARD STREET LLP | CADWALADER, WICKERSHAM & TAFT LLP |
| 1201 Walnut Street, Suite 2900 | 200 Liberty Street |
| Kansas City, MO 64105 | New York, NY 10281 |
| Telephone: 816-691-2736 | Telephone: 212-504-6484 |
| Facsimile: 816-412-8123 | Facsimile: 212-504-6666 |
| (brett.shanks@stinson.com) | (robert.pollaro@cwt.com) |

**Attorneys for Defendant**

						      */s/ Greer S. Lang*
						**An Attorney for Plaintiff**