UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| VetBridge Product Development Subsidiary I (NM-OMP), LLC,<br><br>Plaintiff,<br><br>v.<br><br>NewMarket Pharmaceuticals, LLC,<br><br>Defendant. | Case No. 5:18-cv-06147-BCW |

**DEFENDANT NEWMARKET PHARMACEUTICALS, LLC'S
CORPORATE INTERESTS DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant NewMarket Pharmaceuticals, LLC ("NewMarket"), by and through its undersigned counsel, hereby gives notice that it is a limited liability company privately owned by individual members and neither NewMarket nor its owners have issued shares to the public.

Dated: November 19, 2018

                                                     Respectfully submitted,

                                                     STINSON LEONARD STREET LLP

                                                     */s/ Brett A. Shanks*
                                                     Brett A. Shanks, MO #67749
                                                     1201 Walnut Street, Suite 2900
                                                     Kansas City, MO 64105
                                                     Telephone: 816-691-2736
                                                     Facsimile: 816-412-8123
                                                     Email: brett.shanks@stinson.com

CADWALADER, WICKERSHAM & TAFT LLP

*/s/ Robert M. Pollaro*
Robert M. Pollaro, *admitted pro hac vice*
200 Liberty Street
New York, NY 10281
Telephone: 212-504-6484
Facsimile: 212-504-6666
Email: robert.pollaro@cwt.com


ATTORNEYS FOR DEFENDANT
NEWMARKET PHARMACEUTICALS, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2018, the above pleading was filed with the Court via the CM/ECF system, and served on the following via electronic mail:

Greer S. Lang
Brian W. Fields
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
Telephone: 816-292-2000
Facsimile: 816-292-2001
Email: glang@lathropgage.com
bfields@lathropgage.com

Attorneys for Plaintiff
VetBridge Product Development Subsidiary I (NM-OMP), LLC


/s/ Brett A. Shanks
Brett A. Shanks

Attorney for Defendant
Newmarket Pharmaceuticals, LLC