# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### ST. JOSEPH DIVISION

VetBridge Product Development Subsidiary I
(NM-OMP), LLC,

Case No. 5:18-cv-06147-BCW

Plaintiff,

v.

NewMarket Pharmaceuticals, LLC,

Defendant.

**DECLARATION OF MARK RIDALL IN SUPPORT OF DEFENDANT NEWMARKET PHARMACEUTICALS, LLC'S REPLY MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY AND SUGGESTIONS IN SUPPORT OF ITS MOTION TO TRANSFER**

I, Mark Ridall, hereby declare as follows:

1.      I am President and Chief Executive Officer of NewMarket Pharmaceuticals, LLC ("NewMarket") which is Defendant in this action.  I submit this Declaration in support of NewMarket's Reply Motion to Transfer to the United States District Court for the District of New Jersey and Memorandum In Support of Their Motion to Transfer.  I make the statements in this Declaration from personal knowledge and if called to testify, could do so competently.

2.      In addition to myself, the project that is the subject matter of this litigation was led by David Rock at NewMarket.  Mr. Rock has over twenty five (25) years of experience in the animal health industry and specifically with shepherding new animal drugs through the governmental approval process at the Food and Drug Administration Center for Veterinary Medicine (FDA/CVM).  NewMarket, as the drug owner and sponsor, is under an obligation to apprise the government of ANY information that could potentially affect the partiality of the

clinical trial data. My understanding of the reasons for this are simple, the FDA must be able to trust the integrity of the data.

3.    Without the information that VetPharm, Inc. ("VetPharm") is withholding NewMarket's animal drug application currently pending with the FDA/CVM is at a complete standstill. As a result, NewMarket has been unable to obtain meaningful funding to fund the project by, for example, monetizing the international rights to the project.

4.    Attached as Exhibit 1 is a true and correct copy of email exchanges between the dates of August 9, 2017 and August 14, 2017, that I had with the President of VetBridge Kevin Speltz. Kevin Speltz, and other members of VetBridge, had repeatedly informed me that they had no further communications with VetPharm after I denied their request to speak with VetPharm on March 15, 2017. I later came to find out that VetBridge had misrepresented to me that no communications had occurred after my express prohibition.

5.    Attached as Exhibit 2 is a true and correct copy of email exchanges between the dates of March 11, 2016 and March 14, 2016, that I had with the President of VetBridge Kevin Speltz. Kevin Speltz, and other members of VetBridge, had repeatedly informed me that they would pay for the increased costs of obtaining government approval for the project.

6.    Upon information and belief, Denni Day, president of VetPharm contacted Kevin Speltz and other members of VetBridge regarding what VetPharm believed to be overdue invoices. VetBridge reneged on its commitment to issue funds of at least $806,000 after being contacted by VetPharm. VetPharm has also refused to turn over the clinical trial data since they have were informed, by VetBridge, that VetBridge would not continue to fund the project.

Case 5:18-cv-06147-BCW   Document 32-1   Filed 11/19/18   Page 2 of 11

7.    I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed on this 16th day of November, 2018 in Trenton, New Jersey.


                                        _/s/  Mark Ridall____
                                        Mark Ridall

# Ridall Reply Exhibit 1

**From:** Kevin Speltz <<u>KSpeltz@clipperdist.net</u>>
**Subject: RE: Information request**
**Date:** August 14, 2017 at 2:41:14 PM EDT
**To:** Mark Ridall <<u>mridall@newmarketpharma.com</u>>

Tom Stahl told me to decline this request.

We have addressed this in the past as you have noted in your email.

Thanks

Kevin Speltz
President
Clipper Distributing
1302 S 59th Street

1

St Joseph  MO  64503
816-364-5777 x 100

**From:** Mark Ridall [mailto:mridall@newmarketpharma.com]
**Sent:** Wednesday, August 9, 2017 10:16 AM
**To:** Kevin Speltz <KSpeltz@clipperdist.net>
**Subject:** Information request

Kevin-

I hope you are well today!
 I need your help with some information.

>In early 2016 I sent you a request for all communications between VetPharm and
>anyone associated with VetBridge (that would include employees ,any of the
>ownership participants and counsel ).At our meeting on May 6,2016 you and all
>the other participants (Cleary,Adent,Stahl Speltz) stated they had never spoken to
>VetPharm or any representative of that company. We are having difficulty getting
>document production from VetPharm at this point I would request to you that any
>communications, emails, phone calls, face-to-face meetings ect.be supplied to
>NewMarket ASAP. This request would include but not be limited to all
>participants in the ownership of VetBridge,their employees, and representatives as
>well as counsel.

Please consider this an official request.

Best regards,

**Mark Ridall**
CEO & Managing Partner

NewMarket Pharmaceuticals LLC
4 Pitcairn Avenue, Suite 4
Trenton, New Jersey 08628
t: 609.252.9600 ext. 101
mridall@newmarketpharma.com
www.newmarketpharma.com

*Important Warning:*

*This message is intended for the use of the person or entity to which it is addressed and may
contain information that is privileged and confidential, the disclosure of which is governed by
applicable law. If the reader of this message is not the intended recipient, or the employee or
agent responsible to deliver it to the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you
have received this message by error, please notify us immediately and destroy the related*

*message. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.*

Ridall Reply Exhibit 2

**From:** Kevin Speltz <KSpeltz@clipperdist.net>
**Subject: RE: Capital call update**
**Date:** March 14, 2016 at 1:20:04 PM EDT
**To:** Mark Ridall <m.ridall@aborisah.com>

I am leaving the country tomorrow, we are taking 64 people to the Bahamas for a sales contest we ran last year.

Since I am out of the office, I have asked that each member email their approval back to Stahl, as soon as we have the votes in and that they voted yes, we will issue the Capital Call for the 806 K.  We have everything ready to go, we have to wait for their email approvals.

We issued a separate capital call for the 250 K that we need for pre-launch needs, these funds are starting to come in.  They have responded very timely to that request.

I will try and catch up with each before I leave tomorrow, not sure what else I can do to move things any faster.   My guess is they are running the revised agreement past their in house legal folks?

I will keep you posted on what I learn.

Kevin Speltz
President
Clipper Distributing Company, LLC
1302 S 59th Street
St Joseph, MO 64507
816-364-5777  x100
kspeltz@clipperdist.net

**From:** Mark Ridall [mailto:m.ridall@aborisah.com]
**Sent:** Monday, March 14, 2016 12:07 PM
**To:** Kevin Speltz
**Subject:** Re: Capital call update

Anything new today?

Best regards,

**Mark Ridall**
Chairman

Aboris Animal Health
4 Pitcairn Avenue, Suite 4
Trenton, New Jersey 08628
m.ridall@aborisah.com
609-252-9600 ext. 101

CONFIDENTIALITY AND PRIVILEGE NOTICE:
This email message including attachments, if any, is intended for the person or entity to which it is addressed and may contain proprietary, confidential or privileged information. Any unauthorized review, use or disclosure is prohibited. If you are not the intended recipient, please contact the sender and destroy the original message, including all copies.

On Mar 11, 2016, at 2:35 PM, Kevin Speltz <KSpeltz@clipperdist.net> wrote:

Earlier this week I sent out the revised amendment and the written consent form that the Vet Bridge board requires before I can issue a capital call to raise the 806 K to pay for the cost over runs on the Omeprazole project.

As of today I have only heard back from Guy Flickinger of Midwest Vet Supply.   Guy will not approve this request or invest any more money in this project until he sees the test results.  I told Guy that  Dr Tom Overbay would be coming to see him shortly with information to address this issue.

Guy is very concerned about the financial health of New Market as the financial needs always seem to be urgent.  Guy has requested that New Market provide Vet Bridge with a copy of all of the expenses

associated with the Omeprazole project so that we can audit the project and compare these expenses with the funds we have paid to New Market.

Guy has also requested that Vet Bridge receive a set of New Market audited financials for 2015, and a copy of New Markets financials as of February 2016.

We have an interest in funding future projects New Market.  Providing this level of financial detail now will help raise the confidence level of all of the Vet Bridge members as we look at additional projects.

I will keep you posted on what I hear back from the others

Kevin Speltz
President
Clipper Distributing Company, LLC
1302 S 59th Street
St Joseph, MO 64507
816-364-5777  x100
kspeltz@clipperdist.net