IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| VetBridge Product Development Subsidiary I (NM-OMP), LLC, | )<br>)<br>) |
| Plaintiff, | ) Case No. 5:18-cv-06147-BCW<br>) |
| vs. | )<br>) |
| NewMarket Pharmaceuticals, LLC, | )<br>) |
| Defendant. | )<br>) |

## JOINT STIPULATION TO EXTEND
## TEMPORARY RESTRAINING ORDER

Plaintiff VetBridge Product Development Subsidiary I (NM-OMP), LLC's ("Plaintiff") and Defendant NewMarket Pharmaceuticals, LLC, by and through their respective counsel of record, pursuant to Fed. R. Civ. P. 65(b)(2), hereby jointly stipulate, subject to the approval of the Court, to extend the Temporary Restraining Order in this action until such time as the parties have executed a definitive settlement agreement or thirty (30) days after the parties jointly notify the Court that the execution of such an agreement is futile, whichever occurs first. In support of this Stipulation, the parties state the following:

1. The Court entered a Temporary Restraining Order ("TRO") in this action on November 6, 2018 [Doc. 25], pursuant to the parties' Agreed Stipulation [Doc. 24].

2. The TRO was subsequently extended by the Court on December 19, 2018 [Doc. 37], to March 18, 2019, pursuant to the parties' Joint Stipulation to Extend Temporary Restraining Order [Doc. 35], which was filed on that same date.

3. The parties have reached a tentative settlement, subject to the execution of a definitive settlement agreement, and are currently in the process of drafting that settlement agreement in a form acceptable to both parties.

4. The continuation of the TRO in this case (i) until such time as the parties have executed a definitive settlement agreement, or (ii) thirty (30) days after the parties jointly notify the Court that the execution of such an agreement is futile, is a condition of the parties' tentative settlement and is necessary to preserve the status quo while the parties work diligently to draft and enter into a definitive settlement agreement.

5. A proposed Order is being submitted concurrently herewith for the Court's convenience.

Stipulated to by,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

BY: /s/ *Greer S. Lang*
Greer S. Lang          MO #40107
4600 Madison Ave., Ste. 700
Kansas City, MO 64112
Phone: 816.299.4244
Fax: 816.492.4245
Greer.Lang@lewisbrisbois.com

**LATHROP GAGE LLP**
Brian W. Fields          MO #45704 2345 Grand Boulevard, Suite 2200 Kansas City, Missouri 64108-2618 Phone: 816.292.2000
Fax: 816.292.2001
bfields@lathropgage.com

**Attorneys for Plaintiff**

**STINSON LEONARD STREET LLP**

BY: /s/ *Brett A. Shanks*
Brett A. Shanks, MO #67749
1201 Walnut Street, Suite 2900
Kansas City, MO 64105
Telephone: 816-691-2736
Facsimile: 816-412-8123
brett.shanks@stinson.com

**CADWALADER, WICKERSHAM & TAFT LLP**
BY: */s/ Robert M. Pollaro*
Robert M. Pollaro, *admitted pro hac vice*
200 Liberty Street
New York, NY 10281
Telephone: 212-504-6484
Facsimile: 212-504-6666
robert.pollaro@cwt.com

**Attorneys for Defendant**