UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

**VetBridge Product Development Subsidiary**

CIVIL ACTION NO.: 5:18-CV-06147-BCW

vs

*Plaintiff*

**NewMarket Pharmaceuticals, LLC**

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of Monroe } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in in the state of New York,

That on **04/08/2019** at **3:19 PM** at **349 West Commercial Street, Suite 2200, East Rochester, NY 14445**

deponent served a(n) **Summons on a Third-Party Complaint, NewMarket's Answer to Complaint and Third Party Complaint against VetPharm, Inc.**

on **VetPharm, Inc.**, a domestic corporation,

by delivering thereat a true copy of each to **Denni Day** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

**Description of Person Served:**
Gender : Female
Skin : White
Hair : Black/Brown
Age : 60 - 68 Yrs.
Height : 5' 3" - 5' 7"
Weight : 140-170 Lbs.
Other :

Sworn to before me this
9th day of April, 2019

_____
NOTARY PUBLIC
**SAMANTHA SALVATORE**
**Notary** Public, State of New **York**
No. 01SA6335557
**Qualified** in Monroe County
**Commission** Expires January 19, 2020

_____
Douglas Thompson

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160