IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| VetBridge Product Development Subsidiary I (NM-OMP), LLC,<br><br>Plaintiff,<br><br>v.<br><br>NewMarket Pharmaceuticals, LLC,<br><br>Defendant.<br><br>NewMarket Pharmaceuticals, LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>VetPharm, Inc.,<br><br>Third-Party Defendant. | Civil Action No. 5:18-cv-06147-BCW |

## ENTRY OF APPEARANCE

**COMES NOW** the undersigned, Joel S. Hane, and enters his appearance in the above matter on behalf of Third-Party Defendant VetPharm, Inc.

Respectfully submitted,

**TIEMAN, SPENCER & HICKS, LLC**

*/s/ Joel S. Hane*
Joel S. Hane          MO Bar # 67006
702 Felix Street
St. Joseph, MO 64501
T: 816.279.3000
F: 816.279.3066
joel.hane@tshhlaw.com

*Attorneys for Third-Party Defendant VetPharm, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2019 the above and foregoing was electronically served on all counsel of record in this matter via the Court's ECF filing system.

                                            */s/ Joel S. Hane*
                                              Joel S. Hane