IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| VetBridge Product Development Subsidiary I (NM-OMP), LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NewMarket Pharmaceuticals, LLC,<br><br>　　　　Defendant.<br><br>NewMarket Pharmaceuticals, LLC,<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>VetPharm, Inc.,<br><br>　　　　Third-Party Defendant. | Civil Action No. 5:18-cv-06147-BCW |

## ENTRY OF APPEARANCE

**COMES NOW** the undersigned, Lee C. Tieman, and enters his appearance in the above matter on behalf of Third-Party Defendant VetPharm, Inc.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**TIEMAN, SPENCER & HICKS, LLC**

　　　　　　　　　　　　　　　　　*/s/ Lee C. Tieman*
　　　　　　　　　　　　　　　　　Lee C. Tieman　　MO Bar # 39353
　　　　　　　　　　　　　　　　　702 Felix Street
　　　　　　　　　　　　　　　　　St. Joseph, MO 64501
　　　　　　　　　　　　　　　　　T: 816.279.3000
　　　　　　　　　　　　　　　　　F: 816.279.3066
　　　　　　　　　　　　　　　　　lee.tieman@tshhlaw.com

　　　　　　　　　　　　　　　　　*Attorneys for Third-Party Defendant*
　　　　　　　　　　　　　　　　　*VetPharm, Inc.*

## CERTIFICATE OF SERVICE

   I hereby certify that on April 29, 2019 the above and foregoing was electronically served on all counsel of record in this matter via the Court's ECF filing system.

                */s/ Lee C. Tieman*
                Lee C. Tieman