**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | |
|---|---|
| VetBridge Product Development Subsidiary I (NM-OMP), LLC,<br><br>Plaintiff,<br><br>v.<br><br>NewMarket Pharmaceuticals, LLC,<br><br>Defendant.<br><br>NewMarket Pharmaceuticals, LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>VetPharm, Inc.,<br><br>Third-Party Defendant. | Civil Action No. 5:18-cv-06147-BCW |

**VETPHARM, INC.'S MOTION TO DISMISS THE
THIRD-PARTY COMPLAINT OR TO COMPEL ARBITRATION**

Third-party defendant VetPharm, Inc. ("VetPharm") hereby moves the Court for an order, pursuant to Rules 9(b), 12(b)(2), 12(b)(6), and 14(a)(4) of the Federal Rules of Civil Procedure and Section 4 of the Federal Arbitration Act (9 U.S.C. § 4), dismissing the third-party complaint filed by defendant and third-party plaintiff NewMarket Pharmaceuticals, LLC ("NewMarket") or compelling arbitration of NewMarket's third-party claims. VetPharm relies on its suggestions in support of this motion, which are filed concurrently herewith.

1

Dated:   April 29, 2019

Respectfully submitted,

**TIEMAN, SPENCER & HICKS, LLC**


 */s/ Lee C. Tieman*

Lee C. Tieman          MO Bar # 39353
Joel S. Hane           MO Bar # 67006
702 Felix Street
St. Joseph, MO 64501
T: 816.279.3000
F: 816.279.3066
lee.tieman@tshhlaw.com
joel.hane@tshhlaw.com

*Attorneys for Third-Party Defendant*
*VetPharm, Inc.*

Of Counsel:

**HARRIS BEACH PLLC**
Douglas A. Foss (*pro hac vice* pending)
Kyle D. Gooch (*pro hac vice* pending)
99 Garnsey Road
Pittsford, NY 14534
T: 585.419.8800
F: 585.419.8801
dfoss@harrisbeach.com
kgooch@harrisbeach.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 29, 2019, I electronically filed the foregoing with the Clerk of the Court and that an electronic notice of filing and a copy of the foregoing will automatically be sent to all counsel of record in this matter via the Court's ECF filing system.

 */s/ Lee C. Tieman*
 Lee C. Tieman