**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

_____

| | |
|---|---|
| VetBridge Product Development Subsidiary I (NM-OMP), LLC, a Missouri limited liability company, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| NewMarket Pharmaceuticals, LLC, a Delaware limited liability company, | ) ) ) ) |
| Defendant, | ) ) ) |
| _____ | ) |
| NewMarket Pharmaceuticals, LLC, a Delaware limited liability company, | ) ) ) |
| Third Party Plaintiff, | ) ) |
| v. | ) ) ) |
| VetPharm, INC., a New York corporation; | ) ) ) |
| Third Party Defendant. | ) ) |
| _____ | ) |

Civil Action No. 5:18-cv-06147-BCW

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
AND REQUEST FOR ENTRY OF ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Third-Party Plaintiff NewMarket

Pharmaceuticals, LLC ("NewMarket") requests dismissal without prejudice of the Third-Party

Complaint remaining in this action against Defendant VetPharm , Inc. ("VetPharm"), with each

party to bear its own costs and fees. VetPharm has not yet answered or filed a motion for

summary determination. NewMarket has not dismissed any claims in this action in any other

jurisdictions. Thus, dismissal without prejudice is proper under Fed. R. Civ. P. 41(a)(1)(A)(i). A

proposed order of dismissal without prejudice is submitted concurrently herewith.  Plaintiff

requests that it be entered by the Court.


Dated:  June 4, 2019                                          NEWMARKET PHARAMCEUTICALS,
                                                             LLC, Plaintiff,

                                                             */s/ Robert M. Pollaro*_____

                                                             CADWALADER, WICKERSHAM & TAFT LLP
                                                             Robert M. Pollaro (Admitted Pro Hac Vice)
                                                             200 Liberty Street
                                                             New York, New York 10281
                                                             Telephone (212) 504-6000

                                                             *Attorneys for NewMarket Pharmaceuticals,*
                                                             *LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2019, the foregoing was filed with the Court

via the CM/ECF system, and served on the following via electronic mail:

Brian W. Fields
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2618
Email: bfields@lathropgage.com

Greer S. Lang
Lewis Brisbois Bisgaard & Smith LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Email: Greer.Lang@lewisbrisbois.com

Attorneys for Defendant
VetBridge Product Development Subsidiary I (NM-OMP), LLC

Lee C. Tieman
Joel Hane
TIEMAN, SPENCER & HICKS LLC
702 Felix Street
St. Joseph, MO 64501
Email: lee.tieman@tshhlaw.com
Email: joel.hane@tshhlaw.com

Douglas A. Foss
Kyle D. Gooch
HARRIS BEACH PLLC
99 Garnsey Road
Pittsford, NY 14534
Email: dfoss@harrisbeach.com
Email: kgooch@harrisbeach.com

Attorneys for Third Party Plaintiff
VetPharm, INC.

/s/ Robert M. Pollaro

Robert M. Pollaro